UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS,
LOCAL 915,**

          **Plaintiff,**

v.                                                      Civil Action No. 8:24-CV-00012

**WHITE ELECTRICAL SOLUTIONS, LLC,**

          **Defendant.**

_____/

## **COMPLAINT**

Comes now plaintiff, International Brotherhood of Electrical Workers Local 915 ("Local 915"), by and through undersigned counsel, and sues to enforce a grievance decision, and would further show:

1. This is a lawsuit to enforce a grievance decision. The court has jurisdiction over this matter pursuant to Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185.

2. Plaintiff, Local 915, is a labor organization within the meaning of § 2 of the National Labor Relations Act, 29 U.S.C. § 152 (5), and at all material times has represented employees of White Electrical Solutions, LLC ("White Electrical").

3. Defendant White Electrical is a corporation which, at all material times has done business in Tampa, Florida, and is an employer within the meaning of § 2 of the National Labor Relations Act, 29 U.S.C. § 152 (2).

4. On January 18, 2019, Local 915 and White Electrical became parties to a collective bargaining agreement effective from December 1, 2017, through November 30, 2019, through a letter of assent of January 18, 2019. A copy of that agreement, is attached hereto as Exhibit "A; A copy of the Letter of Assent is attached hereto as Exhibit "B."

5. Article 1, § 1.05 through 1.10 of the Agreement contains a procedure which provided for the resolution of grievances or questions in dispute between parties to the Agreement. Grievances were to be resolved by a Labor Management Committee ("LMC") comprised of equal numbers of Union and employer representatives.

6. On April 7, 2023, the Plaintiff submitted a grievance to the LMC alleging that White Electrical violated Articles II, IV and X of the CBA by employing electrical workers that had not been hired through the agreed upon referral process in the CBA and were not receiving the benefits required by the CBA. A copy of the grievance is attached hereto as Exhibit "C."

7. On April 10, 2023, the LMC, consisting of two employer representatives and two Union representatives, met to hear the grievance by Local 915 against White Electrical. On April 10, 2023, the LMC ruled that White Electrical was a signatory contractor under the CBA and therefore in violation of the CBA.

8. The LMC further decided that White Electrical violated several articles of the CBA, and thereby failed to properly compensate employees represented by Local 915. The LMC further found "that White Electrical needs to ensure that all adversely affected employees are made correct in their pay according to the CBA along with compound interest." A copy of the minutes comprising the LMC Decision is attached hereto as Exhibit "D ." The decision was "unanimous."

9. White Electrical has failed and refused to abide by the Award, thereby violating the Agreement.

10. Plaintiff Local 915 has complied with all conditions precedent to this action.

**WHEREFORE**, Plaintiff prays that this Court enter judgment for the Plaintiff confirming and enforcing the decision of the LMC, direct White Electrical Construction, LLC, to make its payroll records available to Local 915 to determine the compensation due and owing employees represented by Local 915, and award costs, reasonable attorney's fees and such other relief as it deems just, including compensation for employees represented by Local 915 as required by the Decision of the LMC.

Dated: January 2, 2024.

Respectfully submitted by:

*s/ Richard Siwica*
**RICHARD SIWICA, ESQ.**
FL Bar No. 377341
**BEATRIZ L. ANNEXY, ESQ.**
FL Bar No. 1019573
EGAN, LEV, & SIWICA, P.A.
Post Office Box 2231
Orlando, Florida 32802
Telephone:  (407) 422-1400
Facsimile:   (407) 422-3658
rsiwica@eganlev.com
bannexy@eganlev.com